UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 07-60132 CIV-COOKE

ULRICH ROLLE, an individual,

    Plaintiff,

vs.

AMERICAN CORADIUS
INTERNATIONAL, LLC,
a Delaware corporation, d/b/a
"ACI,"

    Defendant.
_____/

## COMPLAINT

Plaintiff, Ulrich Rolle, an individual, sues Defendant, American Coradius International, LLC, a Delaware corporation, doing business as "ACI," and alleges:

### INTRODUCTION

1. This is an action for violation of 15 U.S.C. §1692, *et seq.*, known more commonly as the "Federal Fair Debt Collection Practices Act" ("FDCPA"), and Florida Statutes §559.55, known more commonly as the "Florida Consumer Collection Practices Act" ("FCCPA"), which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

### JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C §1692K and 28 U.S.C.§1337, and supplemental jurisdiction exists for the state law claim pursuant to 28 U.S.C.§ 1367.

### ALLEGATIONS AS TO PARTIES

3. Plaintiff, Ulrich Rolle ("Mr. Rolle") is *sui juris* and a resident of Broward County,

Florida.

4. Defendant, American Coradius International, LLC, is a Delaware corporation doing business as "ACI" (hereinafter "ACI") in Broward County, Florida.

5. ACI is properly subject to jurisdiction in the State of Florida and venue in this District pursuant to the Florida Long-Arm Jurisdiction Statute through the causation of injury in this state caused by acts or omissions outside the state.

## *FACTUAL ALLEGATIONS*

6. Several years prior to the filing of the instant action, the daughter of Mr. Rolle, to-wit: Rosheika Rolle ("Rosheika" or "Ms. Rolle"), opened an open-ended credit account ("Charge Account") under the brand name of "Macy's" issues by Department Stores National Bank ("DSNB") for her personal and household purposes.

7. As the Charge Account was issued in the name of his daughter, Mr. Rolle does not have in his possession, custody and/or control any documents pertaining to the opening of the Charge Account.

8. At some unknown time in the past, DSNB or its assignee retained the services of ACI for the purpose of collecting monies purportedly owed under the Charge Account.

9. On or about November 18, 2006, at approximately 8:26 a.m., Mr. Rolle received a telephone call at his home from an employee of ACI, who identified himself only as "Chris," concerning the whereabouts of Mr. Rolle's adult daughter, Rosheika.

10. "Chris" demanded to know where Rosheika was.

11. After Mr. Rolle informed "Chris" that he did not know where his daughter was, "Chris" responded by stating "Where could she have gone so early?"

12. After Mr. Rolle reiterated that he did not know the location of his daughter,

"Chris" stated "You are a liar !" and hung up the phone.

13.     On November 30, 2006 at approximately 2:15 p.m., "Chris" called Mr. Rolle at his home again to speak to Rosheika. Mr. Rolle informed "Chris" once again that his daughter was 23 years of age and that he did not know her whereabouts. In response to Mr. Rolle, "Chris" stated "If she lives under your roof, you should known where she is."

14.     Prior to ending the second telephone call from "Chris," Mr. Rolle informed "Chris" that he did not wish to speak to "Chris" again and that "Chris" should not call Mr. Rolle at his home again.

15.     On January 10, 2007, at approximately 5:55 p.m., Mr. Rolle received yet another telephone call from "Chris."

16.     "Chris" informed Mr. Rolle that "Chris" was calling Rosheika about a delinquent account and that he was "processing a claim" against Rosheika under "Case Number 1977801."

17.     "Chris" ended the telephone call to Mr. Rolle by telling Mr. Rolle that Rosheika must call him back that same night at 1-888-265-2242 ext.3415.

18.     By information and belief, the representation by "Chris" that he was "processing a claim" with "Case Number 1977801" was a false and deceptive attempt to imply to Mr. Rolle that ACI intended to file a lawsuit against Rosheika when ACI did not have the present ability, authority or intention to file a lawsuit; rather, such representation was an attempt to create a false and deceptive sense of urgency in Rosheika to immediately satisfy the Charge Account.

19.     At no time did Ms. Rolle give her prior consent to ACI to communicate with her father, Mr. Rolle, concerning her Charge Account.

## COUNT I - ACTION FOR VIOLATION OF THE FEDERAL FAIR DEBT COLLECTION PRACTICES ACT (15 U.S.C. §1642, ET. SEQ.)

20. This is an action for violation of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §1642, *et. seq.*.

21. Mr. Rolle realleges and reaffirms the allegations contained in Paragraphs 1 through 19 above as if set forth hereat in full.

22. At all times material hereto, Ms. Rolle was a "consumer" as said term is defined under 15 U.S.C. §1692a(3).

23. At all times material hereto, the Charge Account was a "debt" as said term is defined under 15 U.S.C. §1692a(5).

24. At all times material hereto, ACI was a "debt collector" as said term is defined under 15 U.S.C. §1692a(6).

25. As more particularly described above, Defendant has violated the FDCPA in that Defendant has:

(a) disclosed that Ms. Rolle purportedly owed money under the Charge Account while communicating with third parties for the alleged purpose of acquiring location information in contravention of 15 U.S.C. §1692b(2);

(b) communicating with third parties without the prior consent of Ms. Rolle in connection with the collection of a debt in contravention of 15 U.S.C. 71692c(b);

(c) engaged in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt in contravention of 15 U.S.C. §1692d, including the use of language the natural consequence of which was to abuse the listener;

(d) made a false representation of the character or legal status of any debt in contravention of 15 U.S.C. §1692e(2)(A);

(e) threatened to take any action that could not legally be taken or that is not intended to be taken in contravention of §1692e(5); and

(f) used unfair and unconscionable means to collect or attempt to collect a debt in contravention of 15 U.S.C. §1692f.

26. As a direct and proximate result of the violation of the FDCPA by ACI, Mr. Rolle has been damaged. The damages of Mr. Rolle include but are not necessarily limited to mental pain and shock, suffering, aggravation, humiliation and embarrassment.

27. Pursuant to 15 U.S.C. §1692k, Mr. Rolle is entitled to recover actual damages together with statutory damages of $1,000.00, together with court costs and reasonable attorneys fees.

28. Mr. Rolle has retained the undersigned law office to represent his interest herein and is obligated to pay said law office a reasonable fee for its services.

WHEREFORE, Plaintiff, Ulrich Rolle, an individual, demands judgment against Defendant, American Coradius International, LLC, a Delaware corporation, doing business as "ACI," for damages, together with interest, costs and attorneys fees pursuant to 15 U.S.C. §1692k, and for such other and further relief as justice may require.

### DEMAND FOR JURY TRIAL

Plaintiff, Ulrich Rolle, pursuant to Rule 38, Federal Rules of Civil Procedure, demands a

trial by jury of all issues so triable.

_____
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
rpyu@aol.com

≈JS 44 (Rev. 11/05)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

### I. (a) PLAINTIFFS
Ulrich Rolle, an individual

CIV - COOKE

### DEFENDANTS
American Coradius International, LLC, a Delaware corporation, d/b/a "ACI"

**(b)** County of Residence of First Listed Plaintiff: Broward
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Robert W. Murphy, Esquire
1212 SE 2nd Avenue
Ft. Lauderdale, FL 33316; Telephone: (954) 763-8660

MAGISTRATE JUDGE
BROWN

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

07-60132

**(d)** Check County Where Action Arose: ☐ MIAMI-DADE ☐ MONROE ☑ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE HIGHLANDS

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

0:07CV 60132-Cooke-Brown

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☑ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

### V. ORIGIN (Place an "X" in One Box Only)
☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☑ NO   b) Related Cases ☐ YES ☑ NO
JUDGE _____   DOCKET NUMBER _____

### VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
Violation of 15 U.S.C.§1692, et sequi (Fair Debt Collection Practices Act)

LENGTH OF TRIAL via __2__ days estimated (for both sides to try entire case)

### VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE 2/1/07

FOR OFFICE USE ONLY
AMOUNT 350   RECEIPT # 539307