UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO.:07-60132-CIV-COOKE/BROWN**

ULRICH ROLLE, an individual,

    Plaintiff,

vs.

AMERICAN CORADIUS
INTERNATIONAL, LLC,
a Delaware corporation, d/b/a
"ACI,"

    Defendant.
_____/

## NOTICE OF DESIGNATION OF MEDIATOR

    Plaintiff, Ulrich Rolle, an individual, by and through his undersigned attorney, pursuant to the Order of Referral to Mediation entered herein by this Court, provides notice of the selection of a mediator:

> Sam Heller, Esquire
> Mediation, Inc.
> Bank of America Tower, 18th Floor
> One Financial Plaza
> Ft. Lauderdale, Florida 33394

    Respective counsel will forward to the Court a proposed order setting mediation upon coordination of the date and time for same.

> /s/ Robert W. Murphy
> Florida Bar No. 717223
> 1212 S.E. 2nd Avenue
> Ft. Lauderdale, FL 33316
> (954) 763-8660 Telephone
> (954) 763-8607 Telefax
> rphyu@aol.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 1, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on Ernest H. Kohlmyer, III, Esquire, Bell & Roper, P.A., 2816 East Robinson Street, Orlando, FL 32803, in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic filing.

    /s/ Robert W. Murphy
ROBERT W. MURPHY
Florida Bar No. 717223
1212 S.E. 2nd Avenue
Ft. Lauderdale, FL 33316
(954) 763-8660 Telephone
(954) 763-8607 Telefax
rphyu@aol.com