UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:07-60132-CIV-COOKE/BROWN

ULRICH ROLLE, an individual,

    Plaintiff,

vs.

AMERICAN CORADIUS
INTERNATIONAL, LLC,
a Delaware corporation, d/b/a
"ACI,"

    Defendant.
_____/

**JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    Plaintiff, Ulrich Rolle, and Defendant, American Coradius International, LLC, a Delaware corporation, by and through their undersigned counsel, pursuant to Rule 1.420(a), Florida Rules of Civil Procedure, hereby file this their joint notice of voluntary dismissal with prejudice.

| | |
|---|---|
| /s/ Robert W. Murphy | /s/ Ernest H. Kohlmyer, III |
| Robert W. Murphy, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 717223 | Florida Bar No.: 0110108 |
| 1212 S.E. 2nd Avenue | BELL & ROPER, P.A. |
| Ft. Lauderdale, FL 33316 | 2816 East Robinson Street |
| (954) 763-8660 | Orlando, FL 32803 |
| (954) 763-8607 (FAX) | (407) 897-5150 |
| e-mail: rphyu@aol.com | (407) 897-3332 (FAX) |
| Attorney for Plaintiff | e-mail: skohlmyer@bellroperlaw.com |
| | Attorney for Defendant |