UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:07-60132-CIV-COOKE/BROWN

ULRICH ROLLE, an individual,

    *Plaintiff*,

v.

AMERICAN CORADIUS
INTERNATIONAL, LLC,
a Delaware corporation, d/b/a
"ACI,"

    *Defendant*.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Joint Notice of Voluntary Dismissal with Prejudice [DE 12], filed July 27, 2007.  Therefore, the Court hereby

**ORDERS AND ADJUDGES** that this case is **DISMISSED** *with prejudice*.  All remaining pending motion, if any, are **DENIED** *as moot*.  The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida this 30th day of July, 2007.

                                                                                      _____
                                                                                      MARCIA G. COOKE
                                                                                      United States District Judge

Copies furnished to:
*The Hon. Stephen T. Brown*
*Counsel of record*